UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CASE NO.: 5:14-bk-04058-JJT
CHAPTER 13

James G Adelhoch,

   Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of BANK OF AMERICA, N.A ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487**

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Iris Kwon
Iris Kwon, Esquire
Email: Ikwon@rasflaw.com

# CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on December 1, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SPIELMAN ESQ  
29 EAST MAIN STREET  
BLOOMSBURG, PA  17815-1485

JAMES G ADELHOCH  
54 SPRUCE ST  
NANTICOKE, PA  18634

CHARLES J. DEHART, III (TRUSTEE)  
8125 ADAMS DRIVE, SUITE A  
HUMMELSTOWN, PA  17036

UNITED STATES TRUSTEE  
228 WALNUT STREET, SUITE 1190  
HARRISBURG, PA  17101

    Robertson, Anschutz & Schneid, P.L.  
    Authorized Agent for Secured Creditor  
    6409 Congress Ave., Suite 100  
    Boca Raton, FL 33487  
    Telephone: 561-241-6901  
    Facsimile: 561-997-6909  
    By: /s/Iris Kwon  
    Iris Kwon, Esquire  
    Email: Ikwon@rasflaw.com

16-226944 - IrK  
ADELHOCH,JAMES  
Request for Service  
Page 2

Case 5:14-bk-04058-JJT    Doc 33    Filed 12/05/16    Entered 12/05/16 16:40:44    Desc  
Main Document    Page 2 of 2