UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CASE NO.: 5:14-bk-04058-JJT
CHAPTER 13

James G Adelhoch,

  Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of BANK OF AMERICA, N.A ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Ashley Albino
Ashley Albino, Esquire
Email: aalbino@rasflaw.com

16-226944 - MaF
ADELHOCH,JAMES
Request for Service

Page 1

Case 5:14-bk-04058-JJT    Doc 35    Filed 06/23/17    Entered 06/23/17 07:51:00    Desc
Main Document    Page 1 of 2

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on June 21, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SPIELMAN ESQ
29 EAST MAIN STREET
BLOOMSBURG, PA 17815-1485

JAMES G ADELHOCH
54 SPRUCE ST
NANTICOKE, PA 18634

CHARLES J. DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

 

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Ashley Albino
Ashley Albino, Esquire
Email: aalbino@rasflaw.com

16-226944 - MaF
ADELHOCH,JAMES
Request for Service
Page 2

Case 5:14-bk-04058-JJT    Doc 35    Filed 06/23/17    Entered 06/23/17 07:51:00    Desc
Main Document    Page 2 of 2