# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania

In re: James G Adelhoch          Case No. 5:14-bk-04058-JJT

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>BANK OF AMERICA, N.A</u>
Name of Secured Creditor

Name and Address where NOTICES to Secured Creditor      Court Claim # (if known): 1
should be sent:

Reverse Mortgage Solutions, Inc.
14405 Walters Road, Suite 200
Houston, TX  77014


Phone:  866-503-5559


Name and Address where PAYMENTS to Secured Creditor
should be sent (if different from above):

Reverse Mortgage Solutions, Inc.
14405 Walters Road, Suite 200
Houston, TX  77014


Phone: 866-503-5559

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By:  /s/Meridyth Wasserman          Date: July 7, 2017

Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



16-226944 - DiF

Case 5:14-bk-04058-JJT    Doc 36    Filed 07/07/17    Entered 07/07/17 17:52:25    Desc
Main Document      Page 1 of 2

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 7, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SPIELMAN ESQ
29 EAST MAIN STREET
BLOOMSBURG, PA 17815-1485

JAMES G ADELHOCH
54 SPRUCE ST
NANTICOKE, PA 18634

CHARLES J. DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

 

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/Meridyth Wasserman
Meridyth Wasserman, Esquire
Email: Mwasserman@rasflaw.com

16-226944 - DiF