UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                               CHAPTER 13
                                                       CASE NO.: 5:14-BK-04058-JJT

**James G. Adelhoch**

       **Debtor,**

_____/

**Reverse Mortgage Solutions, Inc., As Servicer for Bank of America, N.A.,**

       **Movant,**

v.

**James G. Adelhoch**
**Charles J. DeHart, III**

       **Respondents.**

_____/

## **CERTIFICATE OF NO RESPONSE**

       The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 37, appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: February 28, 2018

                                                   Robertson, Anschutz & Schneid, PL
                                                   6409 Congress Avenue, #100
                                                   Boca Raton, FL 33487
                                                   Tel: (561) 241-6901
                                                   Fax: (561) 241-1969

                                                   By: /s/ Kevin Buttery
                                                   Kevin Buttery, Esquire
                                                   PA I.D. 319438
                                                   kbuttery@rascrane.com
                                                   Counsel for **Reverse Mortgage Solutions, Inc.,**
                                                   **As Servicer for Bank of America, N.A.,**