CASE # 5:14-BK-04058JJT

FILED
WILKES-BARRE, PA
MAR [illegible] 2018
Clerk, U.S. Bankruptcy Court

I am James George Adelhoch owner of Property located at 54 Spruce Street Alden sec. Newport township. this is in reference to the complaint against me for money owed for back county taxes and home owner insurance to the mortgage holder on this property to Bank of America and Reverse Mortgage solutions. a hearing is scheduled for March 8th 2018 at the bankruptcy court main street Wilkes Barre as of this date March 2nd. I have not retained a attorney to represent me in this matter I am representing myself in this matter. I am asking the court to postpone this hearing to a later date. to give me time to obtain legal representation. My plans are to surrender the home and property to the mortgage holder and bank but I cannot do this immediately I will need time to relocate.

CASE # 5:14-BK-04058 JJT

This home and property is a burden burden to me now and has been for many years. I want to get out of the responsibility of owning it. I am 82 years of age 83 in this fall. I moved here 21 years ago from North New Jersey and have had a financial struggle to pay bills and keep everything paid. I'm single and live in this dwelling by myself. All I'm asking now is just a little more time to relocate myself to a more suitable venue. I will surrender this home and property to the lender once I am settled in a new home. I dont have a time frame now for that but I will put my utmost effort into this endeavor. The home and property currently has a value of approx $65,000 and that will compensate for all the expenses the lender has incurred

The mortgage lender has been receiving a monthly payment of $925.00 since the bankruptcy started. the total currently is $4400.00 this money is paid to them every month. from me I receive approx. $800.00 monthly from social security this amount is inadequate to keep my bills paid. I know & will I made a mistake to purchase this property 2 year ago I received a small inheritance when my mom passed away in early 2017 I was a farm boy from NJ a quiet who only graduated high school this was my dream home at one time but now I realize it was not Reverse Mortgage solutions also adds interest on to the principal every month this I could never understand a true reverse mortgage is suppose to pay the property owner a payment every month on the equity value in the property this question I will never know.

I do hope I will have a better life once I am free from this burdon, and I do hope the bank and Mortgage lender gets their money back from the proceeds of the value in the property. They will I am sure, and I do hope I have a better life where ever I settle

My best Regards,

God Bless

James George Adelhoch



FILED WILKES-BARRE, PA

MAR - 2 2018

Clerk, U.S. Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### WILKES-BARRE DIVISION

IN RE:

**CHAPTER 13**
**CASE NO.: 5:14-BK-04058-JJT**

James G. Adelhoch

    Debtor,

_____/

Reverse Mortgage Solutions, Inc., As Servicer
For Bank of America, N.A.,

**Hearing Date: March 8, 2018**
**Time: 9:30 am**
**Location: Wilkes-Barre**

    Secured Creditor,

v.

James G. Adelhoch,

Charles J. DeHart, III

    Respondents.

_____/

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

REVERSE MORTGAGE SOLUTIONS, INC., AS SERVICER FOR BANK OF AMERICA,
N.A., has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1);
for costs and disbursements of this action, and for such other and further relief as to the Court
may deem just and proper.

**Your rights may be affected.** **You should read these papers carefully and discuss them
with your attorney, if you have one in this bankruptcy case. (If you do not have an
attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the
   court to consider your views on the motion, then on or before March 2, 2018, you or your
   attorney must do all of the following:

   (a) file a response in person or via mail with the Clerk explaining your position at United
   States Bankruptcy Court, 197 South Main Street, Wilkes-Barre, PA 18701.

   If you mail your response to the bankruptcy clerk's office for filing, you must mail it
   early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

IN RE:

James G. Adelhoch,

     Debtor,

_____/

**CHAPTER 13**
**CASE NO.: 5:14-BK-04058-JJT**

Reverse Mortgage Solutions, Inc., As Servicer
For Bank of America, N.A.,

     Movant,

v.

James G. Adelhoch,
Charles J. Dehart, III

     Respondents.

_____/

## CERTIFICATE OF SERVICE

I, Kevin Buttery, certify under penalty of perjury that I am not less than eighteen

(18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice

of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1)

(with attached proposed Order) on February 13, 2018 and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

James G. Adelhoch
54 Spruce St.
Nanticoke, PA 18634