```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                                  Case No. 14-04058-JJT
James G Adelhoch                                                        Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: PRadginsk              Page 1 of 1            Date Rcvd: Mar 05, 2018
                              Form ID: pdf010              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2018.
db             +James G Adelhoch,    54 Spruce St,    Nanticoke, PA 18634-4109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2018 at the address(es) listed below:
              Ashley Albino    on behalf of Creditor    BANK OF AMERICA, N.A. bkyecf@rasflaw.com,
               aalbino@rasflaw.com;ras@ecf.courtdrive.com
              Ashley Albino    on behalf of Creditor    Bank of America, N.A. bkyecf@rasflaw.com,
               aalbino@rasflaw.com;ras@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Buttery    on behalf of Creditor    Reverse Mortgage Solutions, Inc. kbuttery@rascrane.com
              Robert Spielman    on behalf of Debtor 1 James G Adelhoch bobspielman@yahoo.com,
               rssecty@yahoo.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| James G. Adelhoch | | Chapter: | 13 |
|---|---|---|---|
| | Debtor(s) | Case No.: | 5:14-bk-04058 JJT |
| Reverse Mortgage Solutions, Inc., As Servicer for Bank of America, N.A. | | Nature of Proceeding: | Motion for Relief from Stay |
| vs. | Movant(s) | Document No.: | 40 |
| James G. Adelhoch Charles J. DeHart, III | | | |
| | Respondent(s) | | |

## ORDER TO CONTINUE

Upon consideration of the James Adelhoch Request to Continue,

**IT IS HEREBY ORDERED** that the Request to Continue is granted and the hearing is continued to April 3, 2018, at 9:30 am in the United States Bankruptcy Court, Courtroom No. 2, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701. Stay continued Pending the conclusion of the continued hearing date.

Dated: March 05, 2018

By the Court,

John J. Thomas, Bankruptcy Judge (PR)

---

Initial requests for a continuance of hearing ( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.  Order to Continue - Revised 9/17