UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | CASE NO. 5:14-bk-04058-JJT |
| **James G. Adelhoch** | : | |
| Debtor, | : | |
| | : | |
| **Reverse Mortgage Solutions, Inc. as Servicer for Bank of America, N.A.** | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| **James G. Adelhoch** | : | |
| **Charles J. DeHart, III** | : | |
| Respondents. | : | |

### ENTRY OF APPEARANCE (LIMITED)

To the Clerk of this Honorable Court:

  Please kindly enter my appearance for Debtor James G. Adelhoch only with regards to that motion filed by Reverse Mortgage Solutions, Inc. in the above captioned matter at Doc. 37 and with any one hearing thereupon. Papers may be served at the address below.

Date: 3/23/2018

Respectfully Submitted:

_/s/ James Brando_

James Brando, Esq.
Attorney for Debtor
Pa. I.D. No. 310034
386 South Mountain Blvd.
Mountain Top, PA 18707
570-574-8405
jabrandolaw@aol.com