## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    JAMES G. ADELHOCH                            Case No.: 5-14-04058-RNO

                                                                                    Chapter 13

            Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:                      MORTGAGE INFORMATION**

Creditor Name:                      REVERSE MORTGAGE SOLUTIONS
Court Claim Number:              01
Last Four of Loan Number:        8599/PRE ARREARS/54 SPRUCE ST
Property Address if applicable:    54 SPRUCE ST., , NANTICOKE, PA18634

**PART 2:                      CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $6,127.00 |
| b. | Prepetition arrearages paid by the Trustee: | $6,127.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $6,127.00 |

**PART 3:                      POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:                      A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  February 18, 2020	Respectfully submitted,

s/ Charles J. DeHart, III, Trustee  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Drive  
Hummelstown, PA  17036  
Phone:  (717) 566-6097  
Fax:  (717) 566-8313  
eMail:  dehartstaff@pamd13trustee.com

Creditor Name: REVERSE MORTGAGE SOLUTIONS
Court Claim Number: 01

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1130579 | 07/01/2015 | $819.58 | $0.00 | $819.58 |
| 5200 | 1132341 | 08/03/2015 | $114.36 | $0.00 | $114.36 |
| 5200 | 1134087 | 09/02/2015 | $114.36 | $0.00 | $114.36 |
| 5200 | 1135892 | 10/06/2015 | $117.00 | $0.00 | $117.00 |
| 5200 | 1137575 | 11/04/2015 | $113.16 | $0.00 | $113.16 |
| 5200 | 1140364 | 12/03/2015 | $113.16 | $0.00 | $113.16 |
| 5200 | 1142076 | 01/07/2016 | $113.16 | $0.00 | $113.16 |
| 5200 | 1143705 | 02/03/2016 | $113.16 | $0.00 | $113.16 |
| 5200 | 1145345 | 03/02/2016 | $113.16 | $0.00 | $113.16 |
| 5200 | 1147107 | 04/06/2016 | $113.16 | $0.00 | $113.16 |
| 5200 | 1148770 | 05/04/2016 | $113.16 | $0.00 | $113.16 |
| 5200 | 1150488 | 06/14/2016 | $113.16 | $0.00 | $113.16 |
| 5200 | 1151941 | 07/07/2016 | $113.16 | $0.00 | $113.16 |
| 5200 | 1153452 | 08/04/2016 | $113.16 | $0.00 | $113.16 |
| 5200 | 1154993 | 09/01/2016 | $114.60 | $0.00 | $114.60 |
| 5200 | 1156639 | 10/05/2016 | $114.60 | $0.00 | $114.60 |
| 5200 | 1158217 | 11/02/2016 | $114.60 | $0.00 | $114.60 |
| 5200 | 1159843 | 12/06/2016 | $112.68 | $0.00 | $112.68 |
| 5200 | 1161412 | 01/12/2017 | $112.68 | $0.00 | $112.68 |
| 5200 | 1162930 | 02/08/2017 | $112.68 | $0.00 | $112.68 |
| 5200 | 1164465 | 03/09/2017 | $112.68 | $0.00 | $112.68 |
| 5200 | 1166109 | 04/12/2017 | $112.68 | $0.00 | $112.68 |
| 5200 | 1167641 | 05/11/2017 | $112.68 | $0.00 | $112.68 |
| 5200 | 1169239 | 06/13/2017 | $112.68 | $0.00 | $112.68 |
| 5200 | 1170622 | 07/06/2017 | $112.68 | $0.00 | $112.68 |
| 5200 | 1172131 | 08/10/2017 | $112.68 | $0.00 | $112.68 |
| 5200 | 1173664 | 09/19/2017 | $112.68 | $0.00 | $112.68 |
| 5200 | 1174911 | 10/11/2017 | $112.68 | $0.00 | $112.68 |
| 5200 | 1176255 | 11/08/2017 | $112.20 | $0.00 | $112.20 |
| 5200 | 1177639 | 12/05/2017 | $224.40 | $0.00 | $224.40 |
| 5200 | 1180443 | 02/08/2018 | $112.20 | $0.00 | $112.20 |
| 5200 | 1181802 | 03/08/2018 | $112.20 | $0.00 | $112.20 |
| 5200 | 1183177 | 04/03/2018 | $112.20 | $0.00 | $112.20 |
| 5200 | 1186310 | 05/15/2018 | $112.20 | $0.00 | $112.20 |
| 5200 | 1187572 | 06/07/2018 | $112.20 | $0.00 | $112.20 |
| 5200 | 1190355 | 08/09/2018 | $112.20 | $0.00 | $112.20 |
| 5200 | 1193014 | 10/10/2018 | $112.20 | $0.00 | $112.20 |
| 5200 | 1197136 | 01/10/2019 | $539.98 | $0.00 | $539.98 |
| 5200 | 1200898 | 04/11/2019 | $223.44 | $0.00 | $223.44 |
| 5200 | 1203532 | 06/06/2019 | $335.16 | $0.00 | $335.16 |
| 5200 | 1207781 | 09/26/2019 | $26.24 | $0.00 | $26.24 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JAMES G. ADELHOCH  Case No.: 5-14-04058-RNO
 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 18, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| ROBERT SPIELMAN, ESQUIRE<br>29 EAST MAIN STREET<br>SUITE D<br>BLOOMSBURG PA, 17815-1485 | SERVED ELECTRONICALLY |
| REVERSE MORTGAGE SOLUTIONS<br>2727 SPRING CREEK DRIVE<br>SPRING, TX, 77373 | SERVED BY 1ST CLASS MAIL |
| JAMES G. ADELHOCH<br>54 SPRUCE ST.<br>NANTICOKE, PA 18634 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 18, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com