| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | James G Adelhoch |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : MIDDLE District of Pennsylvania (State) | |
| Case number 5:14-bk-04058-RNO | |

# Form 4100R
# Response to Notice of Final Cure
10/15

___

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** BANK OF AMERICA, N.A  
**Last 4 digits** of any number you use to identify the debtor's account: 1826

**Court claim no.** (if known): 1

**Property address:** 54 SPRUCE ST  
    Number    Street

NANTICOKE, PA 18634  
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $_____

### Part 3: Postpetition Mortgage

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    **NA- This is a Reverse Mortgage**  
    MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $_____  
b. Total fees, charges, expenses, escrow and costs outstanding:    + (b) $_____  
c. Total. Add lines a and b.    (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  
    MM/ DD/ YYYY

| Debtor 1 | James G Adelhoch | | | Case number *(if known)* | 5:14-bk-04058-RNO |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

  **X**  /s/ Sindi Mncina           Date 03/09/2020
     Signature

Print    Sindi Mncina               Title Authorized Agent
      First Name   Middle Name   Last Name

Company   Robertson, Anschutz & Schneid, P.L.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   6409 Congress Ave., Suite 100
      Number     Street

      Boca Raton, FL 33487
      City      State     ZIP Code

Contact   561-241-6901                 Email smncina@rascrane.com

Form 4100R       **Response to Notice of Final Cure Payment**       page 2

Case 5:14-bk-04058-RNO   Doc 71   Filed 03/10/20   Entered 03/10/20 14:35:56   Desc
Main Document     Page 2 of 3

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on March 10, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Robert Spielman
29 E Main St
Ste D
Bloomsburg, PA 17815-1485

James Brando
7484 Blue Ridge Trail
Wapwallopen, PA 18660

James G Adelhoch
54 Spruce St
Nanticoke, PA 18634

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

ROBERTSON, ANSCHUTZ &
SCHNEID, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/Jessica Norton
Jessica Norton
Email: jnorton@rascrane.com

Form 4100R     Response to Notice of Final Cure Payment     page 3

Case 5:14-bk-04058-RNO    Doc 71    Filed 03/10/20    Entered 03/10/20 14:35:56    Desc
Main Document    Page 3 of 3