```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 14-04058-RNO
James G Adelhoch                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: AutoDocke           Page 1 of 1           Date Rcvd: Apr 14, 2020
                               Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
db              +James G Adelhoch,    54 Spruce St,    Nanticoke, PA 18634-4109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    BANK OF AMERICA, N.A. afogle@rascrane.com
              Ashley Marie French    on behalf of Creditor    Bank of America, N.A. afrench@rasflaw.com,
               ras@ecf.courtdrive.com
              Ashley Marie French    on behalf of Creditor    BANK OF AMERICA, N.A. afrench@rasflaw.com,
               ras@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Brando    on behalf of Debtor 1 James G Adelhoch jabrandolaw@aol.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Buttery    on behalf of Creditor    Reverse Mortgage Solutions, Inc. kbuttery@rascrane.com
              Robert Spielman    on behalf of Debtor 1 James G Adelhoch bobspielman@yahoo.com,
               rssecty@yahoo.com
              Sindi Mncina    on behalf of Creditor    Bank of America, N.A. smncina@rascrane.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James G Adelhoch,<br>**Debtor 1** | Chapter 13<br>Case No. 5:14–bk–04058–RNO |

Social Security No.:
xxx–xx–1408

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: April 14, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: JoanGoodling, Deputy Clerk

**fnldec** (05/18)